IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| v. | * * | **CRIM. NO.: RDB-23-265** |
| **IDRISSA BAGAYOKO**, | * * | |
| Defendant. | * * | |

...oooOooo...

## LINE

Madam Clerk:

Please strike the appearance of LaRai Everett as counsel for the government for all purposes in the above-captioned case.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

By:   /s/
      LaRai Everett
      Assistant United States Attorney