# SUPPLEMENT TO THE GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING (ECF NO. 123)

**Environmental Management
Services, Inc.**

*Sustainable Solutions At Your Disposal*

January 21, 2025

Michael White
Facility Management Specialist
US EPA Environmental Science Center, Suite 5350
701 Mapes Road
Fort Meade, MD 20755 -5350

RE:     Proposal for Pesticide Packaging & Disposal (18 x Boxes of Pesticide Sniper DDVP; 96
        x 100 ml/box)

Via Email

Dear Mike:

Please find the quote for the above referenced pesticide disposal:

Disposal: $ 275.00/Box containing 96 x 100 ML x 18 Boxes = $ 4,950.00
Supplies: $ 250.00
Labor: Chemist 8 hours @ $ 55.00/hr. = $ 440.00

TOTAL Estimated Costs: $ 5,640.00

Please let us know if you have any questions. Thank you.


*Shobhana Sharma*

Shobhana Sharma
General Manager


CC: Veronica Weisberg